## ROY SASTROM *v.* PSYCHIATRIC SECURITY REVIEW BOARD

The plaintiff's petition for certification for appeal from the Appellate Court, 100 Conn. App. 212 (AC 27329), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction to decide the plaintiff's appeal from the declaratory ruling issued by the defendant?"

The Supreme Court docket number is SC 17908.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction to decide the plaintiff's appeal from the declaratory ruling issued by the defendant?"

